UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:21-cv-1075-GJS | Date | April 15, 2022 |
|---|---|---|---|
| Title | Joseph Pellegrini v. Kilolo Kijakazi | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| H. Crawford | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On June 25, 2021, Plaintiff filed a Complaint seeking review of Defendant Commissioner of Social Security's ("Defendant") denial of his application for benefits. [Dkt. 1.] On October 6, 2021, Defendant filed an Answer and lodged the administrative record. [Dkts. 14, 15.] Plaintiff filed his Opening Memorandum on February 7, 2022. [Dkt. 20.] Pursuant to the Court's initial order, Defendant's Response Memorandum ("Response") was due on March 14, 2022. [See Dkt. 9.] That same day, the Court granted Defendant's request for an extension of time extending the Response deadline to April 13, 2022. [Dkt. 22.]

The April 13 deadline has come and gone, and Defendant has neither filed her Response nor requested an additional extension of time to do so. Thus, it is unclear that Defendant intends to defend this action.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** why this action should not be dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Procedure, based upon her failures to comply with the Court's Orders and to file her Response. **By no later than April 22, 2022,** Defendant shall file a response to this Order explaining her noncompliance. Alternatively, Defendant may satisfy her obligation by

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:21-cv-1075-GJS | Date | April 15, 2022 |
|---|---|---|---|
| Title | Joseph Pellegrini v. Kilolo Kijakazi | | |

simply filing her Response; indeed, this course of action is preferable, as it will move this case forward.

If Defendant files her Response Memorandum in compliance with the Order to Show Cause all other deadlines required by the Case Management Order will be extended accordingly.

**IT IS SO ORDERED.**